**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEBORAH SLUTTER,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 08-3046** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

**O R D E R**

**AND NOW,** this    19th        day of February, 2010, upon consideration of the

defendant's motion for judgment on the pleadings (Document #9), the plaintiff's response

thereto (Document #10), and the reply brief of the defendant (Document #12), it is hereby

ORDERED that the motion is GRANTED.

BY THE COURT:

 /s/ Lawrence F. Stengel
_____LAWRENCE F. STENGEL, J.